Case 4:25-cr-00449   Document 1   Filed on 08/27/25 in TXSD   Page 1 of 6

United States Courts
Southern District of Texas
FILED

*August 27, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| vs. | § | **CRIMINAL NO. 4:25-cr-0449** |
| **NATHAN BERNIER** | § § § | |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1. The term "minor" is defined, pursuant to Title 18, United States Code, Section 2256(1), as "any person under the age of eighteen years."

2. The term "child pornography," for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(8)(A), as:

   "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where -

   (A) the production of such visual depiction involves the use of a minor engaged in sexually explicit conduct."

3. The term "sexually explicit conduct" is defined, pursuant to Title 18, United States Code, Section 2256(2)(A), as any:

   "actual or simulated -
   (i) sexual intercourse, including genital [to] genital, oral [to] genital, anal [to] genital, or oral [to] anal, whether between persons of the same or

        opposite sex; [or]
(ii)    bestiality; [or]
(iii)   masturbation; [or]
(iv)   sadistic or masochistic abuse; or
(v)    [the] lascivious exhibition of the anus, genitals or pubic area of any person."

4.    The term "computer" is defined, pursuant to Title 18, United States Code, Sections 2256(6) and 1030(e)(1), as any:

> "electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator or other similar device."

5.    The term "producing", for purposes of this Indictment, is defined, pursuant to Title 18, United States Code, Section 2256(3) and case law, as: "producing, directing, manufacturing, issuing, publishing or advertising" and includes downloading or copying visual depictions from another source.

6.    The term "visual depiction" is defined, pursuant to Title 18, United States Code, Section 2256(5), as including, but is not limited to, any: "undeveloped film and videotape, and data stored on computer disk or by electronic means which is capable of conversion into a visual image."

## COUNT I
### (Sexual Exploitation of a Child)

On or about August 2022 through and including January 2023, within the Southern District of Texas, the defendant,

**NATHAN BERNIER**,

did employ, use, persuade, induce, entice, and coerce a minor, to wit: Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of Title 18, United States Code, Sections 2251(a).**

## COUNT II
### (Coercion and Enticement)

On or about August 2023 through and including January 2023, in the Southern District of Texas, the defendant,

**NATHAN BERNIER,**

did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, to wit: Minor Victim 1, to engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual assault of a child which was a criminal offense under Texas Penal Code Sec. 22.011.

**All in violation of Title 18, United States Code, Section 2422(b).**

## COUNT III
## (Distribution of Child Pornography)

On or about December 10, 2022 and on or about September 4, 2023, in the Southern District of Texas, the defendant,

**NATHAN BERNIER,**

did knowingly distribute any child pornography using any means and facility of interstate and foreign commerce, and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by a computer.

**All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).**

## NOTICE OF FORFEITURE
## 18 U.S.C. § 2253(a)

Pursuant to Title 18, United States Code, Section 2253(a)(2) and (a)(3), the United States gives notice to the defendant,

**NATHAN BERNIER**,

that in the event of conviction for the offenses alleged in Counts 1 and 3 of the Indictment, the United States intends to seek forfeiture of:

(a) All property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, including, but not limited to:

1. Apple iPad, IMEI number: 357883400077481,
2. Apple iPhone 14, IMEI number: 354155258729593, and
3. Blue Apple iPhone 14, Serial No. QNJJTH7MJ4.

(b) All property, real or personal, that constitutes or is derived from proceeds traceable to or obtained, directly or indirectly, as a result of such offense.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 2428)

Pursuant to Title 18, United States Code, Section 2428, the United States gives notice to the defendant,

**NATHAN BERNIER**,

that in the event of conviction of the offense alleged in Count 2, as charged in this Indictment, the United States intends to seek forfeiture of:

(a) All property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such offense, including, but not limited to:

1. Apple iPad, IMEI number: 357883400077481,
2. Apple iPhone 14, IMEI number: 354155258729593, and
3. Blue Apple iPhone 14, Serial No. QNJJTH7MJ4.

(b) All property, real or personal, that constitutes or is derived from proceeds traceable to or obtained, directly or indirectly, as a result of such offense.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

A True Bill:

Original Signature on File

_____
Grand Jury Foreperson

NICHOLAS GANJEI
United States Attorney

By: *Lauren M. Valenti*
_____
Lauren M. Valenti
Assistant United States Attorney
713-597-0997